

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 0 5 2012

CHRIS R. JOHNSON, CLERK

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CLINTON Q. KIDD and** | : | **CIVIL ACTION NO. 12-4105** |
| **IANTHA JOY KIDD** | : | |
| **Plaintiffs** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **FRANK TOWNSLEY and** | : | |
| **TANNER HEAVY EQUIPMENT CO.,** | : | |
| **L.L.C.** | : | |
| **Defendants** | : | **JURY TRIAL DEMANDED** |

## COMPLAINT

1.     Plaintiffs CLINTON Q. KIDD and his wife, IANTHA JOY KIDD, bring this action for damages and other relief against Defendants FRANK TOWNSLEY, a resident of the State of Louisiana, and TANNER HEAVY EQUIPMENT CO., L.L.C., a Louisiana limited liability company, resulting from personal injuries suffered by CLINTON Q. KIDD as a result of a gunshot wound he suffered due to the negligence of Defendants.  Plaintiffs seek all appropriate relief, including monetary damages, past, present and future medical expenses and costs as a result of the negligence of Defendants.

2.     Plaintiffs show that Defendant FRANK TOWNSLEY, while in the course and scope of his employment with his employer, Defendant TANNER HEAVY EQUIPMENT CO., L.L.C., shot Plaintiff CLINTON Q. KIDD, during a quail hunt in Nevada County on or about March 1, 2012.  As a result of the incident, Plaintiff CLINTON Q. KIDD lost his left eye and suffered additional injuries.

## PARTIES

3.      Plaintiffs Clinton Q. Kidd and Iantha Joy Kidd are residents of the full age of majority who reside at 249 Hempstead 157, Hope, Arkansas 71801.

4.      Defendant Frank Townsley is a resident of Louisiana, residing at 687 Bart Young Road, Merryville, Louisiana 70653.  Defendant Tanner Heavy Equipment Co., L.L.C. is a Louisiana limited liability company with its principal place of business at 284 Tanner Road, Leesville, Louisiana 71446.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over this diversity action pursuant to 28 U.S.C. §1332 in that the claims arise between citizens of different states.  Plaintiffs are citizens of Arkansas and both Defendants are citizens of Louisiana.  The amount in controversy exceeds $75,000 exclusive of interest and costs.

6.      Venue is proper in this District pursuant to 28 U.S.C. §1391(a), in that a substantial part of the events giving rise to the claims occurred in this district.

## FACTS

7.      Plaintiff Clinton Q. Kidd is 66 years of age.  He is 6 feet 2 inches tall and weighs approximately 270 pounds.  He is one of the operators of Nevada Game Birds, a shooting preserve located in Nevada County, Arkansas, near the town of Falcon, Arkansas.

8.      Defendant Frank Townsley ("Townsley") is employed by Defendant Tanner Heavy Equipment Co., L.L.C. ("Tanner") as the shop manager for Tanner at their facility in Leesville, Louisiana.

9.      On or about March 1, 2012, Defendant Townsley, while in the course and scope of his employment with Defendant Tanner, was on a hunt at Nevada Game Birds, as a guest of an equipment and parts supplier with whom Tanner did significant business.

10.      Prior to March 1, 2012, Defendant Townsley had limited experience hunting and, although he had fired shotguns before, he was not a skilled hunter or shotgunner.

11.      The trip to Nevada Game Birds with the supplier firm was for public relations purposes to benefit the relationship of Tanner with the supplier who hosted the trip.

12.      While at Nevada Game Birds, Defendant Townsley was in a group of three hunters and Plaintiff, Clinton Q. Kidd was guiding the group and handling the pointing dogs.

13.      All members of the shooting party, including Plaintiff Clinton Q. Kidd, were wearing hunter orange vests for safety purposes.

14.      At some point, Defendant Townsley became separated from the rest of his party and got to a position approximately 40 to 50 yards in front of the others.

15.      While Defendant Townsley's attention was diverted looking for a downed bird, another bird flushed between him and the other two hunters and Plaintiff Clinton Q. Kidd.

16.      Without looking to see where the others in his party were, Defendant Townsley swung his Remington 12-gauge shotgun in the direction of the flushed bird, and fired a single shot in the direction of Plaintiff Clinton Q. Kidd and the other two hunters.  The other two hunters managed to fall to the ground when they saw what was developing, but Plaintiff Clinton Q. Kidd was unable to throw himself down quickly enough.

-3-

17. Pellets from the shotgun fired by Defendant Townsley stuck Plaintiff Clinton Q. Kidd in the face.

18. Plaintiff Clinton Q. Kidd was immediately aided by all the members of the hunting party, including Defendant Townsley, who immediately went to the side of Plaintiff Clinton Q. Kidd after firing the shot that struck Plaintiff Clinton Q. Kidd.

19. Plaintiff's brother, Gary Kidd, brought his truck to the place where Plaintiff Clinton Q. Kidd was laying on the ground and Plaintiff was loaded into the truck to be transported for medical treatment.

20. Gary Kidd met an ambulance on the road to Hope, Arkansas and the ambulance took Plaintiff Clinton Q. Kidd to a helipad in Hope, Arkansas, from which he was flown to Baptist Medical Center in Little Rock, Arkansas for emergency treatment.

21. Plaintiff Clinton Q. Kidd was hospitalized overnight for treatment of his gunshot wounds.

22. Despite the doctors' best efforts, it was not possible to save Plaintiff Clinton Q. Kidd's left eye and it was surgically removed on March 13, 2012.

23. Following the surgical removal of his left eye, Plaintiff Clinton Q. Kidd required significant additional medical treatment to insure that the left eye socket healed properly and could ultimately be fitted with a prosthetic eyeball.

24. In due course, Plaintiff Clinton Q. Kidd was fitted with a prosthetic left eye. He will require semi-annual medical treatment for appropriate cleaning of the prosthetic eye for the remainder of his life.

-4-

25.     In addition to the damages to his left eye, Plaintiff Clinton Q. Kidd also suffered several other pellet wounds to his face and sinuses as a result of the gunshot wound he suffered.

### FIRST CAUSE OF ACTION

### CLAIM FOR DAMAGES UNDER THE COMMON LAW PRINCIPLES OF NEGLIGENCE AND APPLICABLE ARKANSAS STATUTES

26.     Plaintiffs reaver and reiterate all the allegations of paragraphs 1 through 25 above inclusive.

27.     The injuries suffered by Plaintiff Clifton Q. Kidd were caused solely and proximately by the negligence of Defendant Townsley in firing a shotgun without insuring that others would not be in his line of fire.

28.     Plaintiffs seek all damages to which they are entitled under the common law principles of negligence and applicable Arkansas statutes, including but not limited to compensatory damages for pain and suffering, mental distress, loss of enjoyment of life, permanent disability, loss of earning capacity, medical expenses past, present and future, court costs and all other recoverable amounts.

### SECOND CAUSE OF ACTION

### CLAIM FOR DAMAGES RESULTING FROM VICARIOUS LIABILITY OF DEFENDANT TANNER HEAVY EQUIPMENT CO., L.L.C. FOR TORTS OF FRANK TOWNSLEY

29.     Plaintiffs reaver and reiterate all the allegations of paragraphs 1 through 25 above inclusive.

30.    At the time of the accident complained of herein, Defendant Townsley was in the course and scope of his employment with Defendant Tanner.  The trip on which Defendant Townsley had been sent was for the benefit of Defendant Tanner in that the purpose of the trip was for Defendant Townsley to develop and foster a close working relationship with the host company, a large supplier of equipment and parts to Defendant Tanner.

31.    Defendant Tanner is thus vicariously liable for the tortious conduct of Defendant Townsley and for all damages that Plaintiffs may prove.

### THIRD CAUSE OF ACTION

### DAMAGES FOR LOSS OF CONSORTIUM SUFFERED BY PLAINTIFF IANTHA JOY KIDD

32.    Plaintiffs reaver and reiterate all the allegations of paragraphs 1 through 25 above inclusive.

33.    As a result of the injuries suffered by Plaintiff Clinton Q. Kidd as complained of herein, Plaintiff  Iantha Joy Kidd has suffered damages in the loss of consortium resulting from her husband's permanent disability and the resultant loss of aid and affection, companionship and cooperation.

34.    The loss of his left eye has caused Plaintiff Clinton Q. Kidd to suffer balance problems, the inability to walk unaided, the inability to judge distances from the loss of his depth perception, which problem manifests itself in his inability to grasp objects without knocking them over, all of which creates additional work for Plaintiff Iantha Joy Kidd when spills have to be cleaned up and when she is required to help Plaintiff with various activities of daily living, all

of which he handled by himself prior to March 1, 2012.

35.     Plaintiff Iantha Joy Kidd is now required to drive Plaintiff Clinton Q. Kidd everywhere, since he can no longer drive due to the loss of his peripheral vision and the balance problems he has encountered since the accident.

## JURY TRIAL DEMANDED

36.     Plaintiffs hereby demand a jury trial on all claims so triable.

WHEREFORE, Plaintiffs, CLINTON Q. KIDD and IANTHA JOY KIDD pray that this Complaint be filed and deemed good and sufficient, and after due proceedings had, there be judgment herein in favor of Plaintiffs and against Defendants, FRANK TOWNSLEY and TANNER HEAVY EQUIPMENT CO., L.L.C.,  for damages as prayed for above and such additional orders as justice and equity may require, plus all costs of these proceedings.

Respectfully submitted,

JONES & ODOM, L.L.P.

BY: _____

John S. Odom, Jr.
2124 Fairfield Avenue
Shreveport, LA 71104
318-221-1600
Fax 318-425-1256
John.odom@jodplaw.com

COUNSEL FOR PLAINTIFFS