IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLINTON Q. KIDD and
IANTHA JOY KIDD                                                                         PLAINTIFFS

VS.                                        CASE NO. 12-CV-4105

FRANK TOWNSLEY and
TANNER HEAVY EQUIPMENT
CO., L.L.C.                                                                             DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Dismiss. (ECF No. 42). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Motion is **GRANTED**, and Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED, this 24th day of October, 2013.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge